**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Mary AGRIMSON, aka Mary Elizabeth Wakeford, Defendant—Appellant.**

**No. 05–30012.**

**D.C. No. CR–98–00043–CCL.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Josh Van De Wetering, Office of the U.S. Attorney District of Montana, Missoula, MT, for Plaintiff–Appellee.

David F. Ness, Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before T.G. NELSON, WARDLAW, and TALLMAN, Circuit Judges.

## MEMORANDUM**

Mary Agrimson appeals her sentence imposed following the revocation of supervised release. Agrimson was convicted of

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

conspiracy to possess with intent to distribute methamphetamine and cocaine, in violation of 21 U.S.C. §§ 841 and 846.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Agrimson has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Agrimson has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.